EARL WILDAY AND FRANK THORWESTER, PLAINTIFFS-RESPONDENTS, v. JOSEPH PANAS, DEFENDANT-APPELLANT.

Argued October 19, 1938—Decided January 13, 1939.

For the appellant, *Ward & McGinnis.*

For the respondents, *George K. Slingerland* (by *Maurice Bernstein*).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons set forth in the opinion delivered *per curiam* by the Supreme Court.

*For affirmance*—CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 12.

*For reversal*—None.